**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | | |
|---|---|---|
| COUNTRY POOLS & SPAS, INC., | : | No. 110 WAL 2024 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| ERIE INSURANCE EXCHANGE; TY | : | |
| SCHOTT; AND CARISSA SCHOTT, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of August, 2024, the Petition for Allowance of Appeal is **DENIED**.